COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MARTHA AMELIA GOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00174-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| MARTHA AMELIA GOMEZ, | |
| Defendant. | |

## STIPULATION

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for August 18, 2022, should be continued to October 27, 2022 at 9:30 a.m.  A continuance is necessary because defense counsel has an unavoidable conflict on August 18, 2022, that is related to a medical issue.

///

///

///

1

USA v. GOMEZ, Stip and Order to Con't J&S

**IT IS SO STIPULATED.**

DATED:    August 10, 2022        /s/ James Connolly
                                 JAMES CONNOLLY
                                 Assistant United States Attorney


DATED:    August 10, 2022        /s/ Chris Cosca
                                 CHRIS COSCA
                                 Counsel for Defendant
                                 MARTHA AMELIA GOMEZ


**O R D E R**

IT IS SO FOUND AND ORDERED this 10th day of August, 2022 .

_____
Troy L. Nunley
United States District Judge